```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/2022
```

# FISHMAN MCINTYRE LEVINE SAMANSKY P.C.

**MEMO ENDORSED**

STANLEY P. FISHMAN*
CHRISTOPHER E. McINTYRE > +
MITCHELL B. LEVINE*
SCOTT D. SAMANSKY**
CASSANDRA A. WILLOCK*
SCOTT A. GROSSMAN <
PETER J. MURANO, III*
KEVIN J. DONNELLY *
ANN MARIE F. KANE*
MARK N. KEDDIS*

DONALD M. GARSON > Of Counsel

NEW YORK OFFICE
521 FIFTH AVENUE, 17th FL.
NEW YORK, NY 10175
Tel (212) 461-7190
Fax (973) 560-0060

August 5, 2022

120 EAGLE ROCK AVENUE
EAST HANOVER, NJ 07936
Telephone (973) 560-9000
Fax (973) 560-0060

\> NJ BAR
< NY BAR
⅄ NJ, NY & CT BARS
**NJ & DC BARS
* NJ & NY BARS

\+ Certified by the Supreme Court
of NJ as a Civil Trial Attorney

www.fishmanmcintyre.com

The Honorable Nelson S. Roman – Via EMAIL RomanNYSDChambers@nysd.uscourts.gov

RE: **Betsy Estrella v. Target Corporation**
SDNY Case No.: **7:22-cv-03292-NSR**
Our File No.: TARN-198-ML

Dear Judge Roman:

In connection with the above, attached please find a fully executed "stipulation capping damages" entered into between the parties of this action. Please note the same has been simultaneously be filed via ECF.

As you will note from the stipulation, plaintiff has agreed to limit recovery to no more than $74,999.99.

In light of the foregoing, the parties respectfully request that Your Honor remand this case to the Supreme Court of New York, Rockland County (from which it originated prior to removal to this Honorable Court).

Should Your Honor have any questions or comments regarding this, please feel free to let us know.

Thank you.

Respectfully submitted,

/s/Mitchell B. Levine

MBL:bas

Mitchell B. Levine
mitch@fishmanmcintyre.com

cc: Eric Mausolf, Esq. - emausolf@hlrlawyers.com

The parties' request is GRANTED. This action is hereby REMANDED to the Supreme Court of New York, Rockland County. The Clerk of Court is kindly directed to terminate the motion at ECF No. 5 and to close the case.

DATED: August 8, 2022
White Plains, NY

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE